**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES ADRIAN JOHNSON          *
                              *
          Plaintiff           *
                              *
V.                            *
                              *          NO: 4:15CV00093  SWW
DAVID PAGAEV, AMIR CHOSHOV,   *
and IRISTON, INC.             *
                              *
          Defendants          *
                              *
                              *
                              *

**<u>ORDER</u>**

Before the Court is the parties' joint motion to dismiss, stating that the parties have reached a settlement and request that the action be dismissed with prejudice.

IT IS THEREFORE ORDERED that the joint motion to dismiss [ECF No. 35] is GRANTED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 9TH DAY OF JUNE, 2016.


                    /s/Susan Webber Wright
                    UNITED STATES DISTRICT JUDGE